```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08485
   DEBORAH A LATHON
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-9225


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/09/2007 and was confirmed 07/12/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 11/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
------------------------------------------------------------------------------
CITI RESIDENTIAL LENDING  CURRENT MORTG         .00            .00          .00
CITI RESIDENTIAL LENDING  MORTGAGE ARRE         .00            .00          .00
CAPITAL ONE AUTO FINANCE  SECURED VEHIC     3960.46         365.54      1120.15
CITY OF CHICAGO WATER DE  SECURED            323.30            .00       114.80
COOK COUNTY TREASURER     SECURED            674.28            .00       674.28
ECAST SETTLEMENT CORP     UNSECURED         1254.57            .00        51.37
CAPITAL ONE               UNSECURED         5722.00            .00       234.29
SPRINT PCS                UNSECURED        NOT FILED           .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED         1132.89            .00        46.39
WAL MART STORES INC       UNSECURED        NOT FILED           .00          .00
ROUNDUP FUNDING LLC       UNSECURED          320.56            .00          .00
AMERIQUEST MORTGAGE       NOTICE ONLY      NOT FILED           .00          .00
ROUNDUP FUNDING LLC       UNSECURED         4124.36            .00       168.88
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       64.00            .00        64.00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                    3,500.00
TOM VAUGHN                TRUSTEE                                        495.51
DEBTOR REFUND             REFUND                                         203.71

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  7,038.92

PRIORITY                                            64.00
SECURED                                          1,909.23
     INTEREST                                      365.54
UNSECURED                                          500.93
ADMINISTRATIVE                                   3,500.00
TRUSTEE COMPENSATION                               495.51
DEBTOR REFUND                                      203.71
                         ---------------     ---------------
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 08485 DEBORAH A LATHON

```
TOTALS                              7,038.92              7,038.92
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 02/24/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```